UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>            Plaintiff,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION FIRST WATCH<br>A-4, A-4, et al.,<br><br>            Defendants.<br>_____/ | 1:06-cv-01205-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

   Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On December 13, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1 |     In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 |     Accordingly, IT IS HEREBY ORDERED that:
7 |     1.   The Findings and Recommendations, filed December 13,
8 | 2006, are ADOPTED IN FULL; and,
9 |     2.   The Complaint, and therefore this action, is DISMISSED
10 | pursuant to Local Rule 11-110, for Plaintiff's failure to obey
11 | the Court's order of October 19, 2006, and for Plaintiff's
12 | failure to state a claim upon which relief can be granted.
13 | IT IS SO ORDERED.
14 | **Dated:   February 15, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE